1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California 93721
Telephone:  (559) 498-7316
5 |
Attorneys for Defendant
6 |
7 |                 IN THE UNITED STATES DISTRICT COURT FOR THE
8 |                     EASTERN DISTRICT OF CALIFORNIA
9 | LEONOR CANTU,                    )     CV-F 04-6127 LJO
                                 )
10 |               Plaintiff,        )     STIPULATION AND ORDER
                                 )     TO EXTEND TIME
11 |                                 )
                  v.             )
12 |                                 )
JO ANNE B. BARNHART,             )
Commissioner of Social           )
13 | Security,                        )
                                 )
14 |               Defendant.        )
_____)
15 |
16 |      The parties, through their respective counsel, stipulate
17 | that defendant's time to respond to plaintiff's opening brief be
18 | extended from May 23, 2005 to June 23, 2005.
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 |
26 |

1

1    This is defendant's first request for an extension of time

2 to respond to plaintiff's opening brief.   Defendant needs the

3 additional time to further review the file and prepare a response

4 in this matter.

5                          Respectfully submitted,

6

7 Dated: May 19, 2005

8                                   /s/ Gina M. Fazio
                                    (as authorized via facsimile)
9                                   GINA M. FAZIO
                                    Attorney for Plaintiff
10

11
Dated: May 19, 2005               McGREGOR W. SCOTT
12                                United States Attorney

13

14                                  /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
15                                  Assistant U.S. Attorney

16

17

18

19

20        IT IS SO ORDERED.

21 **Dated:   May 24, 2005**              _____/s/ Lawrence J. O'Neill_____
   b9ed48                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

                                   2